UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

DANYALE SHARRON TUBBS,

        Plaintiff,           Case No. 1:22-cv-649

v.                                 Honorable Phillip J. Green

SHERRI PAYTON,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  December 12, 2022              /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge